LATONIA SMITH
9748 CANYON LANDING AVE.
LAS VEGAS, NV 89166
725-203-2455
PLAINTIFF IN PROPER PERSON

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

LATONIA SMITH,

        Plaintiff(s),

-vs-

CAESARS ENTERTAINMENT CORPORATION, a Delaware corporation; PHWLV, LLC d/b/a PLANET HOLLYWOOD RESORT AND CASINO, a Nevada limited liability company; SHANNON PIERCE; ETHAN THOMAS

        Defendant(s).

CASE NO. 2:19-cv-00856-GMN-DJA

**PLAINTIFF'S FORMAL OPPOSITION TO DEFENDANTS' (CEC/PHWLV/ETHAN THOMAS) JOINDER TO SHANNON PIERCE'S RESPONSE TO PLAINTIFF'S REQUEST FOR SANCTIONS**

Plaintiff formally opposes the joinder to Shannon Pierce's Response to Plaintiff's Request for Sanctions. As a preliminary matter, it is unclear why defendants filed such a joinder and defendants pretend as if they are devoid of logical reasoning. The persons **to whom the motion for sanctions are directed towards is clear**. Plaintiff's request for sanctions concern Shannon Pierce and **her counsel's filing of confidential and sealed** medical records for their personal nefarious purposes and vendettas; they have no defense (and cannot have one) concerning their unethical actions, and their arguments concerning the state court action are untrue and fail as a matter of fact. As the motion

for sanctions does not even concern the other defendants, Plaintiff opposes their request for joinder. Plaintiff is also perfectly capable of writing and does not copy and paste any writings.

Dated this 5th day of September 2019

/s/ Latonia Smith
LATONIA SMITH
9748 CANYON LANDING AVE.
LAS VEGAS, NV 89166

CERTIFICATE OF SERVICE

I certify that I am serving a true and correct copy of the attached OPPOSITION TO JOINDER on the parties set forth below by:

_____ placing an original or true copy thereof in a sealed envelope with the correct prepaid postage affixed for collection and mailing in the United States Mail, at Las Vegas, Nevada.

\_\_X\_\_ Certified Mail, Return Receipt Requested of the document(s) listed above to the person(s) at the address(es) set forth below

_____ E-service

_____ Personal delivery through a process server of the document(s) listed above to the person(s) at the address(es) set forth below

Riley Clayton

HALL JAFFE & CLAYTON, LLP

7425 Peak Drive

Las Vegas, NV 89128

702-316-4111

rclayton@lawhjc.com

Alex Fugazzi and Michael Paretti

SNELL AND WILMER

3883 Howard Hughes Parkway Suite 1100

Las Vegas, NV 89169

702-784-5200

afugazzi@swlaw.com

mparetti@swlaw.com

/s/ Latonia Smith

Plaintiff, In Proper Person

Dated this 5th day of September 2019