LATONIA SMITH
9748 CANYON LANDING AVE.
LAS VEGAS, NV 89166
725-203-2455
PLAINTIFF IN PROPER PERSON

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

LATONIA SMITH,

        Plaintiff(s),

-vs-

CAESARS ENTERTAINMENT CORPORATION, a Delaware corporation; PHWLV, LLC d/b/a PLANET HOLLYWOOD RESORT AND CASINO, a Nevada limited liability company; SHANNON PIERCE; ETHAN THOMAS

        Defendant(s).

CASE NO. 2:19-CV-00856-DJA

**EMERGENCY MOTION TO EXPEDITE HEARING ON PLAINTIFF'S MOTION TO REMAND/EXTRADITE ACTION TO STATE COURT**

**MEMORANDUM OF POINTS AND AUTHORITIES**

    It is clear that based on the legal standards in this district and the Ninth Circuit that this action has been improperly placed before this Court by defendants, and that is not this Court's fault. However, it is even more clear that the court is delaying remanding this action to aide defendants in their pending actions and prejudice Plaintiff by not allowing her to move forward with critical discovery in the proper court, and that is this Court's fault because the Court is now actively attempting to stall discovery and infringe on Plaintiff's rights to a just and speedy resolution of the case matters, which Plaintiff

strongly believe are meritorious against defendants. The Court's aide of defendants has actually allowed defendants time to delete and alter evidence, unethically influence witness testimony, and continually impose and enact blatantly racist bans that should have no place in our society.

On May 23, 2019, Plaintiff filed a motion to have this case remanded back to state court and for defendants to pay all fees associated with the remand on the basis that defendants improperly removed the case. Defendants cite that they moved for removal because the Plaintiff pleaded a federal cause of action, which is blatantly false. In fact, the claim in which defendants reference cite that the claim is specifically being brought pursuant to three state statutes which provide additional relief for Plaintiff under the statutes. The mere fact that Plaintiff mentions a federal statute that was also violated by defendants is not grounds for removal and a simple reading of the Plaintiff's suit make it clear that the Plaintiff had no intentions of having the case in federal court or pursuing any federal claims. As this is the only contention regarding whether or not the case should be before a Federal Court and case law/statutes already support that this case should be remanded, it is unacceptable that the Court has still chosen to imprison this suit in the Federal Court system for four months (and intends to imprison it for even longer).

The first rule of the Federal Rules of Civil Procedure state "these rules govern the procedure in all civil actions and proceedings in the United States district courts, except as stated in Rule 81. They should be construed, administered, and employed by the court and the parties to secure the just, speedy, and inexpensive determination of every action and proceeding." The notes of the advisory committee in the 1993 amendment to add the words "and administered" to the second sentence, recognized the affirmative duty of the court to exercise the authority conferred by these rules to ensure that civil litigation is resolved not only fairly, but also without undue cost or delay. In that regards,

this Court has failed to adhere to the very first rule of Federal Civil Procedure by unduly delaying the remand of this action back to State court in which it was filed. For that reason, the Plaintiff moves on an emergency basis for this court to look at the single issue and make the determination for a remand (as it is clear that defendants' arguments concerning removal fail according to the Ninth Circuit and this district). The issue is not so extensive as to require that the court hold captive Plaintiff's lawsuit, frankly and respectfully. So, Plaintiff appreciates your time and attention to these important concerns and requests that this judicial body work to eliminate the biases which pervade it.

Dated this 7th day of October 2019.

/s/ Latonia Smith
LATONIA SMITH
9748 CANYON LANDING AVE.
LAS VEGAS, NV 89166

# DECLARATION OF LATONIA SMITH IN SUPPORT OF EMERGENCY MOTION TO EXPEDITE HEARING ON PLAINTIFF'S MOTION TO REMAND/EXTRADITE ACTION TO STATE COURT

I, Latonia Smith, declare as follows:

1. On May 20, 2019 (as stated in court documents) defendants wrongfully removed this action to Federal Court for the sole purpose of imposing a delay in proceedings.

2. On May 23, 2019, Plaintiff filed a Motion to Remand the action back to state court where it was filed.

3. On May 24, 2019 defendants then sought to have the case removed from the Richard Boulware for obvious reasons concerning his race and reassigned to another judge.

4. Since then, the court has not ruled on the motion.

5. I strongly believe (and it is so evident that it can just be considered fact) that the Court is holding onto the motion in violation of the FRCP 1 and in order to aide defendants by indirectly staying discovery/preventing me from moving forth with discovery in the appropriate Court.

6. There is no legal basis for the case to have been removed to Federal Court and the Federal Court lacks jurisdiction over this case.

7. As the Court's attempts to delay the case imposes a prejudice on myself by allowing defendants time to delete and alter evidence, sustain a racist ban (CEC/PHWLV), and unethically alter witness testimony (including the fact that such testimony can be lost) I am moving for this matter to be heard on an emergency basis.

8. There is absolutely no reason for this Court to hold up this case in Federal Court; it is an abuse of our legal system and an abuse of my rights as a Plaintiff to proceed justly and speedily with my case matters.

I declare under the penalty of perjury of the laws of the State of Nevada that

the foregoing is true and correct to the best of my knowledge and belief, and that my assertions are true based on what can be ascertained by any reasonable person.

Dated October 7, 2019

Latonia Smith

In pro per

## CERTIFICATE OF SERVICE

I certify that I am serving a true and correct copy of the EMERGENCY MOTION TO EXPEDITE HEARING ON PLAINTIFF'S MOTION TO REMAND/EXTRADITE ACTION TO STATE COURT on the parties set forth below by:

_____    placing an original or true copy thereof in a sealed envelope with the correct prepaid postage affixed for collection and mailing in the United States Mail, at Las Vegas, Nevada.

___X___    Certified Mail, Return Receipt Requested of the document(s) listed above to the person(s) at the address(es) set forth below

_____    E-service

_____    Personal delivery through a process server of the document(s) listed above to the person(s) at the address(es) set forth below

Riley Clayton

HALL JAFFE & CLAYTON, LLP

7425 Peak Drive

Las Vegas, NV 89128

702-316-4111

rclayton@lawhjc.com

Alex Fugazzi and Michael Paretti

SNELL AND WILMER

3883 Howard Hughes Parkway Suite 1100

Las Vegas, NV 89169

702-784-5200

afugazzi@swlaw.com

mparetti@swlaw.com

/s/ Latonia Smith

Plaintiff, In Proper Person

Dated this 7TH day of October 2019