UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| LATONIA SMITH,<br>          Plaintiff(s),<br>v.<br>CAESARS ENTERTAINMENT CORPORATION, et al.,<br>          Defendant(s). | Case No.: 2:19-cv-00856-GMN-NJK<br><br>**Order**<br><br>[Docket No. 43] |

On October 10, 2019, the undersigned was assigned to this case. Docket No. 90. Pending before the Court is Defendant Pierce's motion to stay discovery pending resolution of four motions to dismiss. Docket No. 43; *see also* Docket Nos. 11, 12, 14, 16. A joinder in the motion to stay was filed by other defendants. Docket No. 46. No response has been filed.[1] The motion is properly resolved without a hearing. *See* Local Rule 78-1.

Having considered the pertinent standards, *see, e.g.*, *Kor Media Grp., LLC v. Green*, 294 F.R.D. 579, 581 (D. Nev. 2013), the motion to stay discovery is **GRANTED**. In the event this case proceeds notwithstanding the resolution of the above motions to dismiss, then the parties must file a proposed discovery plan within 21 days of the date those motions are resolved.

IT IS SO ORDERED.

Dated: October 17, 2019

          _____
          Nancy J. Koppe
          United States Magistrate Judge

---

[1] Plaintiff filed her own motion to stay, Docket No. 22, which is being resolved by separate order issued concurrently herewith.

1