# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| LATONIA SMITH,<br>    Plaintiff(s),<br>v.<br>CAESARS ENTERTAINMENT CORPORATION, et al.,<br>    Defendant(s). | Case No.: 2:19-cv-00856-GMN-NJK<br>**Order**<br>[Docket No. 22] |

On October 10, 2019, the undersigned was assigned to this case. Docket No. 90. Pending before the Court is Plaintiff's motion to stay proceedings pending resolution of her motion to remand. Docket No. 22.[1] Defendants filed responses. Docket Nos. 32, 33.[2] The motion is properly resolved without a hearing. *See* Local Rule 78-1.

The pendency of a motion to remand to state court is generally not grounds to delay proceedings, as the resolution of such a motion impacts only the forum in which the case will proceed and does not impact the need for the litigation to proceed more generally. *See Cooks-Putnam v. Trump Las Vegas Corp.*, 2015 U.S. Dist. Lexis 115606, at *3 (D. Nev. Aug. 31, 2015) (citing *Grammer v. Colo. Hosp. Ass'n Shared Servs.*, 2015 U.S. Dist. Lexis 83966, at *5 (D. Nev. June 26, 2015)). The Court has not been persuaded to chart a different course here.

---

[1] The Court construes Plaintiff's filings liberally. *Cf. Blaisdell v. Frappiea*, 729 F.3d 1237, 1241 (9th Cir. 2013) (courts construe liberally the filings of *pro se* litigants).

[2] Defendants filed a separate motion to stay, Docket Nos. 43, 46, which is being resolved by separate order issued concurrently herewith.

1

Accordingly, Plaintiff's motion to stay proceedings is **DENIED**.

IT IS SO ORDERED.

Dated: October 17, 2019

Nancy J. Koppe
United States Magistrate Judge