# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

LATONIA SMITH,

        Plaintiff,

vs.

CAESARS ENTERTAINMENT CORPORATION, *et al.*,

        Defendants.

Case No.: 2:19-cv-00856-GMN-NJK

**ORDER**

On November 1, 2019, the Court dismissed without prejudice Plaintiff Latonia Smith's ("Plaintiff's") claim for discrimination based on race in violation of 42 U.S.C. § 2000a, which was Plaintiff's only claim under federal law and the sole basis for the Court's jurisdiction after the case had been removed from the Eighth Judicial District Court of Clark County, Nevada. (Order, ECF No. 99); (Pet. Removal 1:22–2:18, ECF No. 1). The Court provided Plaintiff fourteen days from that November 1, 2019 Order to amend her federal claim, or else the Court would dismiss the claim with prejudice and remand the remaining state law claims to the Eighth Judicial District Court of Clark County, Nevada. (Order 8:17–22).

More than fourteen days have now passed since the Court's Order, and Plaintiff did not amend her federal claim.

Accordingly, for the reasons stated in the Court's Order, (ECF No. 99):

**IT IS HEREBY ORDERED** that Plaintiff's claim for Discrimination Based on Race pursuant to 42 U.S.C. §2000a is **DISMISSED with prejudice**.

///

///

///

**IT IS FURTHER ORDERED** that Plaintiff's remaining state-law claims in this matter are remanded to the Eighth Judicial District Court of Clark County, Nevada.

The Clerk of Court shall close the case.

**DATED** this __19__ day of November, 2019.

_____
Gloria M. Navarro, District Judge
United States District Court